# EXHIBIT "A"

Rev. 06/12) Summons in a Civil Action (Page 2)

Action No. 1:23-cv-02322-JPB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert Radcliff

received by me on *(date)*  _____

☑ I personally served the summons on the individual at *(place)*  1543 Delano Street, Savannah, Georgia 31415
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because  MR. RADCLIFF IS IN ATLANTA, GA  ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:  9 JUN 23

Server's signature

DEP. CORY
Printed name and title

1050 CARL GRIFFIN DR. SAV GA 31405
Server's address

Additional information regarding attempted service, etc: