# EXHIBIT "B"

# Linda Wood

| | |
|---|---|
| **From:** | Kristine Snyder <ksnyder@fainmajor.com> |
| **Sent:** | Friday, August 4, 2023 11:58 AM |
| **To:** | Linda Wood |
| **Cc:** | Samuel Sabulis; Olivia Still |
| **Subject:** | RE: Progressive v. Robert Radcliff, et al, U.S. District Court of Georgia, Northern District, CAFN: 1:23-cv-02322-JPB |

Hi Linda,

Thanks for getting in touch. I have tried many, many times to reach Mr. Radcliff about the various suits with no success. I have not been in contact with him at any point in my representation of him. I cannot accept service on anyone's behalf without their permission, and without explaining to them the pros and cons of same. Additionally, without representing him in this particular suit, I wouldn't be authorized to accept service on his behalf in this particular suit. Along those lines, are you aware of anyone who does represent him in this action?

I will, however, continue my attempts to reach him. If I succeed, I will let you know, and I will certainly explain the waiver of service to him and see if he would be agreeable to that.

Thanks,
Kristie



**Kristine M. Snyder**
Attorney
Fain, Major & Brennan, P.C.
One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
(662) 316-3844 cell
ksnyder@fainmajor.com

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client privilege, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

**From:** Linda Wood <LWood@luederlaw.com>
**Sent:** Friday, August 4, 2023 11:35 AM

**To:** Kristine Snyder <ksnyder@fainmajor.com>
**Cc:** Samuel Sabulis <SSabulis@luederlaw.com>
**Subject:** Progressive v. Robert Radcliff, et al, U.S. District Court of Georgia, Northern District, CAFN: 1:23-cv-02322-JPB

Good morning, Ms. Snyder,

We represent Progressive Mountain Insurance Company in the above-captioned matter, as well as in the current litigation pending from Margaret Melzer. The above-captioned matter was filed in the United States District Court of Georgia, Northern District on May 24, 2023, and names your client, Robert Radcliff, as a Respondent. While we realize that you do not represent Mr. Radcliff in this action, we have attempted to issue process of service against him which has been unfruitful. As such, we were hoping that you would be willing to either accept service on Mr. Radcliff's behalf or assist us in contacting Mr. Radcliff for the purpose of him accepting service of the Summons and Petition through your office by signing a Waiver of Service individually. We have taken the liberty of attaching two (2) separate Waivers for this purpose, as well as the Notices of Lawsuit, Summons and Petition. If you are willing to assist us in this matter, we will mail the hard copies of everything to your office according to law.

Thank you in advance for your consideration in this matter. Any assistance you could provide would be greatly appreciated.

Thanks so much,



**Linda Wood**
Paralegal

**Lueder, Larkin & Hunter, LLC**
3535 Piedmont Road
Building 14, Suite 205
Atlanta, GA 30305

Telephone: (404) 537-3749 EXT 182
Facsimile: 404-537-3749
Email: LWood@luederlaw.com
Website: www.luederlaw.com

NOTICE: This message contains confidential information and is intended only for the addressee. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this message by mistake, and delete this email from your system. Email transmission cannot be guaranteed to be secure or error-free as information can be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message which arise as a result of email transmission. If verification is required, please request a hard-copy version.