# EXHIBIT "C"

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-2322

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Radcliff

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* 1900 Lincoln Street, Apt. #505 Savannah, Georgia 31401 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  Per Lamar Johnson Defendant doesnt live there

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/22/23

_____
Server's signature

Cpl. Randolph
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: