IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT RADCLIFF, VBC EXPRESS LOGISTICS, LLC, KEA TRANSPORTATION GROUP, LLC, ALAN DISEKER, IV and KENDALL DISEKER, Individually and as parents and natural guardians of ALAN DISEKER, V, a minor, MARGARET MELZER, and MICHELLE DENNEY, Individually and as next friend of HUDSON DENNEY, a minor child,<br><br>    Respondents. | Civil Action File No.:<br>1:23-cv-02322-JPB |

**PETITIONER'S MOTION TO DISMISS DISEKER RESPONDENTS**

COMES NOW, Petitioner Progressive Mountain Insurance Company and, pursuant to Fed. R. Civ. P. 41(a), hereby requests the voluntary dismissal of Respondents Alan Diseker, IV and Kendall Diseker, Individually and as parents and natural guardians of Alan Diseker, V, a minor, with prejudice.

In support of said Motion, Petitioner shows the Court that the Disker Respondents have dismissed with prejudice their underlying tort suit, styled *Alan Diseker IV and Kendal Diseker, individually and as parents and natural guardians of Alan Diseker V, a minor v. Robert Radcliff, VBC Express Logistics, LLC, Kea Transportation Group, LLC, Progressive Mountain Insurance Company, John Does (1-5) and ABC Corporations (1-5)*, State Court of Fulton County, Civil Action No. 22EV005271.  (A true and accurate copy of the Dismissal With Prejudice is attached hereto as Exhibit "A.")  As the Diseker Respondents have dismissed with prejudice their claims arising from the motor vehicle accident that is the basis of the instant declaratory judgment action, they are no longer interested parties and will not be prejudiced by their dismissal from this action.

Respectfully submitted on this 9th day of November, 2023.

LUEDER LARKIN & HUNTER, LLC

*/s/ Samuel H. Sabulis*
SAMUEL H. SABULIS
Georgia Bar No.: 339532
*Attorneys for Progressive Mountain Insurance Company*

3535 Piedmont Road
Building 14, Suite 205
Atlanta, Georgia 30305
T/F: (678-359-6028
ssabulis@luederlaw.com

## CERTIFICATION OF COMPLIANCE

The Undersigned Counsel hereby certifies that the foregoing has been prepared using Times New Roman 14-Point Font, as approved in LR 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all attorneys to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record as follows:

David L. Hudgins, Esq.
THE HUDGINS LAW FIRM, L.L.C.
920 Holcomb Bridge Road, Suite 100
Roswell, Georgia 30076
david@dlhudginslaw.com

Alan J. Hamilton, Esq.
Darrell W. Hinson, Esq.
SHIVER HAMILTON CAMPBELL, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
alan@shiverhamilton.com
darrell@shiverhamilton.com

(Signature on following page)

Respectfully submitted, this 9th day of November, 2023.

             LUEDER, LARKIN & HUNTER LLC

             */s/ Samuel H. Sabulis*
             SAMUEL H. SABULIS
             Georgia Bar No. 339532
             *Attorneys for Progressive Mountain*
             *Insurance Company*

3535 Piedmont Road, N.E.
Building 14, Suite 205
Atlanta, Georgia 30305
T: (678) 359-6028
F: (678) 359-6028
ssabulis@luederlaw.com

# EXHIBIT "A"

State Court of Fulton County
**E-FILED**
22EV005271
7/12/2023 12:02 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ALAN DISEKER IV and KENDALL DISEKER, individually and as parents and natural guardians of ALAN DISEKER V, a minor, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROBERT RADCLIFF, VBC EXPRESS LOGISTICS, LLC, KEA TRANSPORTATION GROUP, LLC PROGRESSIVE MOUNTAIN INSURANCE COMPANY, JOHN DOES (1-5) and ABC CORPORATIONS (1-5), )<br><br>Defendants. ) | CIVIL ACTION FILE NUMBER: 22EV005271 |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, ALAN DISEKER IV and KENDALL DISEKER, individually and as parents and natural guardians of ALAN DISEKER V, through their attorney of record, and dismiss thei Complaint against the Defendant with prejudice.

Respectfully submitted this 12th day of July, 2023

KALKA LAW GROUP

BY: */s/Anthony C. Kalka*
ANTHONY C. KALKA
Georgia Bar No. 404224
Attorneys for Plaintiffs

1447 Peachtree Street, N.E.
Suite 550
Atlanta, Georgia 30309
404.835.8072 (Telephone)
404.567.4413 (Facsimile)
tony@404lawyer1.com

1

2



BY: _____
ALFRED L. EVANS, III
Georgia State Bar No. 251401
Attorney for Plaintiffs

1447 Peachtree Street, N.E.
Suite 540(b)
Atlanta, Georgia 30309
404.334.8009 (Telephone)
678.550.9849 (Facsimile)
aevans@evansltl.com

2