UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PROGRESSIVE MOUNTAIN
INSURANCE COMPANY,

       Petitioner,

   v.

ROBERT RADCLIFF, et al.,

      Respondents.

CIVIL ACTION NO.
1:23-cv-02322-JPB

## ORDER

This matter is before the Court on Petitioner's Motion to Dismiss Diseker Respondents. [Doc. 23]. Because those respondents have not yet filed an answer or any other motion, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the claims asserted against the Diseker Respondents are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 13th day of November, 2023.

J. P. BOULEE
United States District Judge