IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT RADCLIFF, VBC EXPRESS LOGISTICS, LLC, KEA TRANSPORTATION GROUP, LLC, MARGARET MELZER, and MICHELLE DENNEY, Individually and as next friend of HUDSON DENNEY, a minor child,<br><br>    Respondents. | Civil Action File No.:<br>1:23-cv-02322-JPB |

**CONSENT MOTION TO DISMISS DENNEY RESPONDENTS**

COME NOW, Petitioner Progressive Mountain Insurance Company and Respondents Michelle Denney, Individually and as next friend of Hudson Denney, a minor child (hereafter referred to as "the Parties"), and move this Court pursuant to Fed. R. Civ. P. 41(a) for an Order dismissing with prejudice Petitioner's claims against Michelle Denny, Individually and as next friend of Hudson Denney, a minor child. As this Dismissal would be of less than all Parties, the Parties request the

Court to exercise its discretion and authorize the dismissal of all claims referenced above.

Respectfully submitted, this 2nd day of October, 2024.

                                        LUEDER, LARKIN & HUNTER, LLC

                                        */s/ Jennifer L. Pridgeon*
                                        JENNIFER L. PRIDGEON
                                        Georgia Bar No. 434428
                                        MARGARET L. MANNS
                                        Georgia Bar No. 317367
                                        *Attorneys for Petitioner*

3348 Peachtree Road, NE
Suite 1050
Atlanta, GA 30326
T: (770) 854-1044
F: (770) 854-1044
jpridgeon@luederlaw.com
mmanns@luederlaw.com

[Signatures continue on following page]

| | |
|---|---|
| CONSENTED TO BY: | THE HUDGINS LAW FIRM, L.L.C. |
| | |
| | */s/ David L. Hudgins* |
| | *(by Jennifer Pridgeon w/e/p)* |
| | DAVID L. HUDGINS |
| | Georgia Bar No. 374108 |
| | *Attorney for Defendant/Respondent MICHELLE DENNEY, Individually and as Next Friend for HUDSON DENNEY, a Minor Child* |
| 920 Holcomb Bridge Road | |
| Suite 100 | |
| Roswell, Georgia 30076 | |
| Telephone: (770) 998-6655 | |
| david@dlhudginslaw.com | |

## CERTIFICATION OF COMPLIANCE

The Undersigned Counsel hereby certifies that the foregoing has been prepared using Times New Roman 14-Point Font, as approved in LR 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following parties of record as follows, and via United States Mail to the default Respondents at the last known address, as follows:

David L. Hudgins, Esq.
THE HUDGINS LAW FIRM, L.L.C.
920 Holcomb Bridge Road, Suite 100
Roswell, Georgia 30076
david@dlhudginslaw.com

Alan J. Hamilton, Esq.
Darrell W. Hinson, Esq.
SHIVER HAMILTON CAMPBELL, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
alan@shiverhamilton.com
darrell@shiverhamilton.com

Kea Transportation Group, LLC
c/o Joseph B. Kea, Registered Agent
2307 Nicole Drive
Hampton, Georgia 30228

Joseph J. Steffen, Esq.
The Law Offices of Joseph J. Steffen, Jr.
223 W. York Street
Savannah, Georgia 31401
joe@joesteffen.com

Respectfully submitted this 2nd day of October, 2024.

                LUEDER, LARKIN & HUNTER, LLC

                */s/ Jennifer L. Pridgeon*
                JENNIFER L. PRIDGEON
                Georgia Bar No. 434428
                MARGARET L. MANNS
                Georgia Bar No. 317367
                *Attorneys for Petitioner*

3348 Peachtree Road, NE
Suite 1050
Atlanta, GA 30326
T: (770) 854-1044
F: (770) 854-1044
jpridgeon@luederlaw.com
mmanns@luederlaw.com