IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PROGRESSIVE MOUNTAIN
INSURANCE COMPANY,

      Petitioner,

v.

ROBERT RADCLIFF,
VBC EXPRESS LOGISTICS, LLC,
KEA TRANSPORTATION GROUP,
LLC, MARGARET MELZER, and
MICHELLE DENNEY, Individually
and as next friend of HUDSON
DENNEY, a minor child,

      Respondents.

Civil Action File No.:
1:23-cv-02322-JPB

## ORDER ON CONSENT MOTION TO DISMISS DENNEY RESPONDENTS

This matter is before the Court on Petitioner Progressive Mountain Insurance Company's and Respondents Michelle Denney, Individually and as next friend of Hudson Denny, a minor child, Consent Motion to Dismiss Denney Respondents. After due consideration, the Motion is **GRANTED**. Respondents Michelle Denney, Individually and as next friend of Hudson Denny, a minor child, are hereby **DISMISSED WITH PREJUDICE**.  Petitioner's case against the remaining Respondents will proceed.

**SO ORDERED** this 3rd day of October, 2024.

J. P. BOULEE
United States District Judge