IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT RADCLIFF,<br>VBC EXPRESS LOGISTICS, LLC,<br>KEA TRANSPORTATION GROUP, LLC, and MARGARET MELZER,<br><br>    Respondents. | Civil Action File No.:<br>1:23-cv-02322-JPB |

**DEFENDANT MELZER'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56, Defendant Margaret Melzer ("Melzer") moves the Court for summary judgment on the Progressive's Petition for Declaratory Judgment.

Specifically, Melzer seeks: 1) summary judgment declaring that Progressive has a duty to defend Respondents Robert Radcliff, VBC Express Logistics, LLC, and KEA Transportation Group, LLC in the underlying tort litigation case, and 2) that Progressive's declaratory judgment claim regarding its duty to indemnify be dismissed without prejudice for lack of subject-matter jurisdiction.

This motion is supported by the following:

- Brief in Support of Defendant Melzer's Motion for Summary Judgment, with exhibits; and

- Defendant Melzer's Statement of Undisputed Material Facts.

Respectfully submitted this 11th day of October, 2024.

        **SHIVER HAMILTON CAMPBELL, LLC**

        */s/ Darrell Hinson*
        ALAN J. HAMILTON
        Georgia Bar No. 320698
        DARRELL W. HINSON
3490 Piedmont Road    Georgia Bar No. 356789
Suite 640        *Attorneys for Defendant Margaret Melzer*
Atlanta, Georgia 30305
(404) 593-0020 - Telephone
(888) 501-9536 - Facsimile
alan@shiverhamilton.com
darrell@shiverhamilton.com

# LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE

I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1(C). It is prepared in Times New Roman 14-point font.

Respectfully submitted this 11th day of October, 2024.

**SHIVER HAMILTON CAMPBELL, LLC**

*/s/ Darrell Hinson*
ALAN J. HAMILTON
Georgia Bar No. 320698
DARRELL W. HINSON
Georgia Bar No. 356789
*Attorneys for Defendant Margaret Melzer*

3490 Piedmont Road
Suite 640
Atlanta, Georgia 30305
(404) 593-0020 - Telephone
(888) 501-9536 - Facsimile
alan@shiverhamilton.com
darrell@shiverhamilton.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, I electronically filed the foregoing ***Defendant Melzer's Motion for Summary Judgment*** with the Clerk of the Court using the CM/ECF system which will automatically e-mail notification of same to the following parties of record as follows, and via United States Mail to the default Respondent at the last known address, as follows:

Jennifer Pridgeon
Margaret L. Manns
Lueder, Larkin & Hunter, LLC
3535 Piedmont Road
Building 14, Suite 205
Atlanta, GA 30305
jpridgeon@luederlaw.com
mmanns@luederlaw.com

Kea Transportation Group, LLC
c/o Joseph B. Kea, Registered Agent
2307 Nicole Drive
Hampton, Georgia 30228

Joseph J. Steffen, Jr., Esq.
The Law Offices of Joseph J. Steffen, Jr.
223 W. York St.
Savannah, GA 31401
joe@joesteffen.com

Respectfully submitted this 11th day of October, 2024.

**SHIVER HAMILTON CAMPBELL, LLC**

<u>/s/ Darrell Hinson</u>
ALAN J. HAMILTON
Georgia Bar No. 320698
DARRELL W. HINSON
Georgia Bar No. 356789
*Attorney for Defendant Margaret Melzer*

3490 Piedmont Road
Suite 640
Atlanta, Georgia 30305
(404) 593-0020 - Telephone
(888) 501-9536 - Facsimile
alan@shiverhamilton.com
darrell@shiverhamilton.com